# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                        **CASE NO. 6:22-cr-10064-JWB**

**GRANT A. LUBBERS,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DISTRIBUTION OF A CONTROLLED SUBSTANCE -- Fentanyl**
**[21 U.S.C. § 841(a)(1)]**

On or about April 28, 2021, in the District of Kansas, the defendant,

### GRANT A. LUBBERS,

knowingly and intentionally possessed with the intent to distribute a mixture and substance (approximately 2,619 pills) containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

**A TRUE BILL**

August 30, 2022                          s/Foreperson
DATE                                     FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ Alan G. Metzger
ALAN G. METZGER
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: alan.metzger@usdoj.gov
Ks. S. Ct. No. 10143

> IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

2

## **PENALTIES**

**Count 1  [21 U.S.C. 841(b)(1)(C)]**

- Punishable by a term of imprisonment of not more than twenty (20) years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least three (3) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

If the defendant commits such a violation after a prior conviction for a serious drug felony has become final, the penalties are:

- A term of imprisonment of not more than 30 years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least six (6) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $2 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).