# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**　　　　　　　　　　　　　　　**CASE NO. 22-10064-01-JWB**

**GRANT A. LUBBERS,**

      **Defendant.**

## MOTION TO WITHDRAW

The United States, by and through Alan G. Metzger, Assistant United States Attorney for the District of Kansas, hereby moves this court for an order withdrawing the Arrest Warrant issued by the Clerk of the Court against the above-named defendant herein on August 30, 2022. In support of this Motion, the United States avers:

On August 30, 2022, an Indictment was filed against the above-named defendant and an Arrest Warrant was issued by the Clerk of the Court for the arrest of defendant. The United States requests that the arrest warrant be withdrawn at this time.

**WHEREFORE**, the United States prays that the Court order the Arrest Warrant issued for defendant Grant A. Lubbers be withdrawn.

    DUSTON J. SLINKARD
    United States Attorney

    s/ Alan G. Metzger
    ALAN G. METZGER
    Ks. S.Ct. No. 10143
    Assistant United States Attorney
    District of Kansas
    301 N. Main, Suite 1200
    Wichita, Kansas 67202
    (316) 269-6481
    (316) 269-6484 (FAX)
    alan.metzger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

    s/ Alan G. Metzger
    ALAN G. METZGER
    Assistant U.S. Attorney