IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-10064-01-JWB |
| | ) |
| GRANT A. LUBBERS   , | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' MOTION TO DISMISS

Comes now the United States of America, by and through its attorney Alan G. Metzger, Assistant United States Attorney for the District of Kansas, and moves this Court, pursuant to Fed. R. Crim. P. 48(a), to dismiss without prejudice the Indictment filed in this case against defendant on August 30, 2022.

Respectfully Submitted,

DUSTON J. SLINKARD
United States Attorney

s/ Alan G. Metzger
ALAN G. METZGER
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (FAX)
Ks. S.Ct. No. 10143
alan.metzger@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                s/ Alan G. Metzger
                                                ALAN G. METZGER
                                                Assistant United States Attorney